PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Angela DeVarso                                       Cr.:10-294(SRC)(1)
                                                                       PACTS Number: 057837

Name of Sentencing Judicial Officer: The Honorable Stanley R. Chesler

Date of Original Sentence: 01/19/2011

Original Offense: Transportation of Stolen Goods

Original Sentence: 24 months imprisonment, 3 years of Supervised Release, restitution in the amount of $249,805.40

Type of Supervision: Supervised Release                    Date Supervision Commenced: 12/07/2012

## PETITIONING THE COURT

[X]  To modify the conditions of supervision by amending the monthly payment schedule from at least $250 to $25.

## CAUSE

The offender is currently unable to pay $250 per month as ordered by the Court. She forfeited $54,107.26 toward the restitution obligation, and she has been making good faith payments since supervision commenced.

Respectfully submitted,

By: Maureen Kelly
    Maria Goodwater
    Probation Services Technicians
Date: 09/12/2014

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

9/15/14
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW JERSEY

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

OTHER CONDITION

The offender has agreed to pay $25.00 per month towards the restitution obligation.

Witness: _____
U.S. Probation Officer

Signed: _/s/ Angela DeVarso_
Probationer or Supervised Releasee
Angela DeVarso

9-10-14
DATE

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**THOMAS C. MILLER**
SR. DEPUTY CHIEF PROBATION OFFICER

**BETH L. NEUGASS**
DEPUTY CHIEF PROBATION OFFICER

September 12, 2014

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ 07102
(973) 645-4240
FAX: (973) 645-3173

www.njp.uscourts.gov

Honorable Stanley R. Chesler, United States District Judge
Martin Luther King Jr., Federal Building & Courthouse
Post Office Box 0999
Newark, New Jersey 07102-0999

        RE: **Angela DeVarso**
           **Dkt. # 10-294(SRC)(1)**
       <u>**REQUEST TO REDUCE MONTHLY PAYMENT SCHEDULE**</u>

Dear Judge Chesler:

On January 19, 2011, Angela DeVarso was sentenced by Your Honor to a prison term of 24 months followed by a three-year-term of supervised release for Transportation of Stolen Goods. The offender was ordered to abide by special conditions of DNA testing, financial disclosure, and no new debt. DeVarso was also ordered to pay $249,805.40 in restitution and a $100.00 special assessment fee. On December 7, 2012, the offender was released from prison and commenced supervision.

At sentencing, the Court ordered that DeVarso pay a minimum of $250 a month towards restitution; however, she has only been able to afford $25 monthly. In addition to forfeiting $52,924.26, which was applied towards the restitution, the offender has consistently been making monthly payments of $25 since her release from prison. The current balance is $195,798.14.

After a review of the offender's current financial situation, and considering her good faith payments to date, we request that DeVarso's court-ordered monthly payment be reduced to $25. We respectfully request that Your Honor review and consider the attached 12B petition. If you wish to discuss this matter, or order an alternative course of action, please contact the undersigned at 973-645-3795. Thank you!

                Respectfully submitted,

                WILFREDO TORRES, Chief
                U.S. Probation Officer

                Maureen Kelly *(Digitally signed by Maureen Kelly, DN: cn=Maureen Kelly, o, ou=Supervising U.S. Probation Officer, email=Maureen_Kelly@NJP.uscourts.gov, c=US. Date: 2014.09.12 12:05:38 -04'00')*

                By: Maria Goodwater
                   Probation Services Technician

/mg
Attachment