PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Angela DeVarso                                  Cr.: 10-00294-001
                                                                  PACTS #: 57837

Name of Sentencing Judicial Officer:   THE HONORABLE STANLEY R. CHESLER
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/19/2011

Original Offense: 18:2314.F; SCHEME TO DEFRAUD: MONEY - STATE TAX STAMPS

Original Sentence: 24 months imprisonment, 36 months supervised release

Special Conditions: DNA testing, Special Assessment, Restitution - Money, No New Debt/Credit

Type of Supervision: Supervised Release                  Date Supervision Commenced: 12/07/2012

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1.                   The offender's term of supervised release is scheduled to expire on December
                     6, 2015, with an outstanding restitution balance of $195,498.14. The offender
                     was unable to fully satisfy the balance prior to the scheduled date of
                     expiration, and paid $54,307.26 toward her financial obligation.

U.S. Probation Officer Action:
We are requesting that the offender's supervised release term be allowed to terminate on December 6, 2015, as the Financial Litigation Unit will pursue collection of the remaining restitution balance.

                                                         Respectfully submitted,

                                                         *Edward J. Irwin*

                                                         By: Edward J. Irwin
                                                             U.S. Probation Officer
                                                         Date: 09/30/2015  KJM

Case 2:10-cr-00294-SRC   Document 20   Filed 10/14/15   Page 2 of 2 PageID: 67

Prob 12A – page 2
Angela DeVarso

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

10/14/15
Date